IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARDIAN OSMANI,<br>No. A-xxxxx8298,<br><br>            Petitioner,<br><br>  vs.<br><br>KEVIN McALEENAN, et al.,<br><br>            Respondents. | )<br>)<br>)<br>)<br>)<br>)   Case No. 20-cv-160-SMY<br>)<br>)<br>)<br>) |

# MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This matter is before the Court for case management. Petitioner Ardian Osmani filed this action pursuant to 28 U.S.C. § 2241, seeking release from detention by Immigration and Customs Enforcement ("ICE"). He did not pay the $5.00 filing fee, and it was unclear whether he was being held in the Pulaski County Detention Center in this district or in the Boone County Jail in Burlington, Kentucky. When Osmani failed to respond to the Court's order to pay the fee or submit a motion to proceed *in forma pauperis* ("IFP") (Doc. 2), the Court entered a Notice of Impending Dismissal (Doc. 3) giving him one final chance to comply. The Notice was mailed to both addresses where Osmani had been detained. Both envelopes were returned to the Clerk of Court as undeliverable. (Docs. 4, 5). Thus, this case is subject to dismissal.

**IT IS THEREFORE ORDERED** that this habeas corpus action is **DISMISSED with prejudice** for failure to prosecute. FED. R. CIV. P. 41(b). The Clerk of Court is **DIRECTED** to **CLOSE THIS CASE** and enter judgment in accordance with this Order.

It is not necessary for Petitioner to obtain a certificate of appealability from this disposition of his § 2241 petition. *Walker v. O'Brien*, 216 F.3d 626, 638 (7th Cir. 2000).

1

If Petitioner wishes to appeal the dismissal of this action, his notice of appeal must be filed with this Court within 60 days of the entry of judgment. FED. R. APP. P. 4(a)(1(A). A motion for leave to appeal *in forma pauperis* ("IFP") must set forth the issues Petitioner plans to present on appeal. *See* FED. R. APP. P. 24(a)(1)(C). A proper and timely motion filed pursuant to Federal Rule of Civil Procedure 59(e) may toll the 60-day appeal deadline. FED. R. APP. P. 4(a)(4). A Rule 59(e) motion must be filed no more than twenty-eight (28) days after the entry of the judgment, and this 28-day deadline cannot be extended. Other motions, including a Rule 60 motion for relief from a final judgment, do not toll the deadline for an appeal.

**IT IS SO ORDERED.**

**DATED:  April 29, 2020**

*s/ Staci M. Yandle*
**STACI M. YANDLE**
**United States District Judge**